**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| In re:   **MICHAEL THOMAS KOSTELAC**  Debtor(s) | CASE NO. 21-61373  CHAPTER 7 |
|---|---|

## NOTICE AND MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

COMES NOW the Debtor, Michael Thomas Kostelac, by counsel, pursuant to 11 U.S.C. § 706 and Local Rule 1017-3, and hereby moves this Honorable Court to convert this case from chapter 7 to chapter 13.

In support of said motion the Debtor further states that the reason the Debtor wishes to convert his case is: Debtor's father passed away and Debtor shall inherit from his father's estate and Debtor wishes to control the liquidation of any inherited assets.

The Debtor further states that **the above-captioned matter has not previously been converted**.

A copy of this motion is being served on the case trustee, the United States Trustee's Office, and all creditors.

Dated this 4th day of April, 2022.                         /s/ Shannon T. Morgan
                                                                              Shannon T. Morgan, Attorney for Debtor

Shannon T. Morgan, VSB # 84978
ROYER CARAMANIS, PLC
200-C Garrett Street
Charlottesville, VA 22902
(434) 260-8767 / Fax (434) 326-5614
SMorgan@RC.Law
*Counsel for the Debtor*

**IF THIS CASE HAS NOT PREVIOUSLY BEEN CONVERTED:**

**The conversion of this case will be effective on the 21st day following the date of the filing of this motion without necessity of a hearing unless timely objection to this motion is filed with the court and the objecting party schedules and notices a hearing pursuant to Local Rule 1017-3.**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 4, 2022, a true copy of the foregoing Notice and Motion to Convert from Chapter 7 to Chapter 13 was mailed, via first class postage paid, or served via the CM/ECF system, to the Chapter 7 Trustee, to the United States Trustee's Office and to all necessary creditors or parties in interest, at the addresses on the Court's Mailing Matrix.

                                      /s/Shannon T. Morgan
                                      Shannon T. Morgan